Tony Tucker #457335
Southern State Correctional
Facility   PO BOX 150
Delmont, NJ 08314

**RECEIVED**

**JUN 1 6 2008**

June 11, 2008

AT 8:30_____M
WILLIAM T. WALSH, CLERK

United States District Court
Honorable John C. Lifland, U.S.D.J.
M.L. King, Jr. Federal Bldg. &
Courthouse, Room 5076
50 Walnut St., Newark, NJ 07102

Re: U.S. v. Tony Tucker, Docket# 97-292
Account# 1998A94831/001

Dear Judge Lifland,

On 5-31-2001 Your Honor sentenced me to a 24 month prison term for supervised release violation on Docket# 97-292.
I'am almost certain that all restitutions and fines concerning docket # 97-292 were ordered revoked at sentencing.

My request is that Your Honor confirm and advise myself and parties cited on the additional forms from the U.S. Department of Justice.

Thank you for your kind concern in this matter and I look forward to your response in the near future.

Sincerly,
Tony Tucker

cc.
U.S. Attorney's Office
U.S. District Court, Trenton, NJ
file

**U.S DEPARTMENT OF JUSTICE**

New Jersey
United States Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102

For inquiries regarding debt call: (973) 645-2700

Tony Tucker
146 North 9th Street
Newark, NJ 07104

**U.S. DEPARTMENT OF JUSTICE**
**ADMINISTRATIVE OFFSET NOTICE**

This communication is from the United States Department of Justice. All correspondence on this debt should be sent to the representative of the United States at the address to the left above.

| DATE OF NOTICE | 05/20/2008 |
|---|---|
| ACCOUNT NUMBER | 1998A94831/001 |
| Court Number | 97-292 |
| BALANCE DUE | 131,946.32 |

### NOTICE OF INTENT TO OFFSET

This office is responsible for collecting a debt you owe as a result of a judgment in favor of the United States.. This debt may include additional costs, interest, penalties, and a surcharge which are not reflected in the amount shown above. A United States District Court entered a judgment against you and established the amount due. The District Court judgment is a final decision that you owe this debt to the United States.

We strongly urge you to pay this debt immediately, *unless the court has ordered a specific payment plan.* Make your payment payable to the Clerk of Court. Please include your court number on your payment.

If you do not pay your debt, Federal law allows agencies to refer debts to the United States Department of the Treasury for the purpose of collecting debts through the Treasury Offset Program. Under this program, the Department of the Treasury will reduce or withhold any of your eligible Federal payments (see list of federal payments eligible for offset on the back of this notice) by the amount of your debt. This "offset" process is authorized by the Debt Collection Act of 1982, as amended by the Debt Collection Improvement Act of 1996, and the Internal Revenue Code. Under these statutes, prior to referring a debt for offset, a federal agency must: (1) notify the debtor who is responsible for the debt that the agency plans to refer the debt to the Department of the Treasury for the offset of any pending federal payments; (2) determine that the debt is past-due and legally enforceable after providing the debtor at least 60 days in which to present evidence to the contrary; and (3) make reasonable efforts to collect the debt. The purpose of this notice is to meet these requirements.

To avoid referral of your debt to the Treasury Offset Program, within 60 calendar days from the date of this notice you must: (1) pay your debt in full; or (2) enter into a repayment agreement; or (3) present evidence that all or part of the criminal or

**(Continued on Back)**

*Please detach and enclose bottom portion with payment*

---

Payment must be received by the PAYMENT DUE BY date in order for your payment to be applied before the next billing cycle.

| Account Number | 1998A94831/001 |
|---|---|
| Name | Tony Tucker |
| Court Number | 97-292 |
| Payment Due Date | Immediately |
| Total Amount Due | $131,946.32 |
| Amount Enclosed | |

Please mail payments to:
US District Court, Fisher Fed Building
402 East State Street
Trenton, NJ 08608

Address Correction, please note below:

```
  BROHB   540*23  *          SENTENCE MONITORING         *     05-24-2006
  PAGE 004         *            COMPUTATION DATA         *     19:36:58
                                AS OF 11-19-2002

 REGNO..: 20514-050  NAME: TUCKER, ANTHONY


 FBI NO............: 305890WA8         DATE OF BIRTH: 04-25-1970
 ARS1..............: BRO/A-DES
 UNIT..............: H CADRE M          QUARTERS.....: H02-509U
 DETAINERS.........: YES                NOTIFICATIONS: NO

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
 THE INMATE WAS SCHEDULED FOR RELEASE:  10-03-2003 VIA GCT REL

 -----------------------PRIOR JUDGMENT/WARRANT NO: 020 -----------------------

 COURT OF JURISDICTION............: NEW JERSEY
 DOCKET NUMBER....................: 97-292
 JUDGE............................: LIFLAND
 DATE SENTENCED/PROBATION IMPOSED: 06-01-1998
 DATE SUPERVISION REVOKED.........: 05-31-2001
 TYPE OF SUPERVISION REVOKED......: REG
 DATE COMMITTED...................: 05-30-2003
 HOW COMMITTED....................: COMMIT OF SUPERVISED REL VIOL
 PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
 NON-COMMITTED.: $100.00         $00.00           $00.00          $00.00

 RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $90,000.00

 ---------------------------PRIOR OBLIGATION NO: 010 -------------------------
 OFFENSE CODE....:  549
 OFF/CHG: 18:1957(A)&2; ENGAGING IN MONETARY TRANSACTIONS AFFECTING I/S
          COMMERCE, IN CRIMINALLY DERIVED PROPERTY.
          ***  SUPERVISED RELEASE VIOLATOR ***

 SENTENCE PROCEDURE...............: SUPERVISED RELEASE VIOLATION PLRA
 SENTENCE IMPOSED/TIME TO SERVE.:      24 MONTHS
 DATE OF OFFENSE..................: 06-30-1996




 G0002        MORE PAGES TO FOLLOW . . .
```

```
   BROHB   540*23 *          SENTENCE MONITORING           *    05-24-2006
   PAGE 005         *          COMPUTATION DATA            *    19:36:58
                                AS OF 11-19-2002

REGNO..: 20514-050 NAME: TUCKER, ANTHONY


---------------------------PRIOR COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 06-06-2003 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:    020 010

DATE COMPUTATION BEGAN..........: 05-31-2001
TOTAL TERM IN EFFECT............:    24 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    2 YEARS
EARLIEST DATE OF OFFENSE........: 06-30-1996

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     02-22-2001    05-30-2001

TOTAL PRIOR CREDIT TIME.........: 98
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 94
TOTAL GCT EARNED................: 94
STATUTORY RELEASE DATE PROJECTED: 11-19-2002
SIX MONTH /10% DATE.............: 09-18-2002
EXPIRATION FULL TERM DATE.......: 02-21-2003


ACTUAL SATISFACTION DATE........: 11-19-2002
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: MCK
ACTUAL SATISFACTION KEYED BY....: PJL

DAYS REMAINING..................: 94
FINAL PUBLIC LAW DAYS...........: 0




G0002        MORE PAGES TO FOLLOW . . .
```